[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 213.]

CARPENTER, APPELLANT, *v.* UNITED OHIO INSURANCE COMPANY, APPELLEE,
ET AL.

**[Cite as *Carpenter v. United Ohio Ins. Co.*, 2001-Ohio-174.]**

*Insurance—Motor vehicles—Mandatory offering of uninsured and underinsured motorist coverage—Amount available for payment for purpose of setoff—Court of appeals' judgment affirmed on authority of Littrell v. Wigglesworth and Clark v. Scarpelli.*

(No. 00-2241—Submitted May 16, 2001—Decided July 5, 2001.)

APPEAL from the Court of Appeals for Noble County, No. 272.

————————————

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., concurs in judgment.

————————————

*Elk & Elk Co., L.P.A.*, and *Todd O. Rosenberg*, for appellant.

*Williams & Petro Co., L.L.C., John P. Petro* and *Steven E. Herman*, for appellee.

————————————